

NOURSE & BOWLES, LLP
Attorneys for Plaintiff
FIVE OCEAN CORPORATION
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

**08 CV 4312**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X



FIVE OCEAN CORPORATION,

           Plaintiff,

     -against-

NOVOLOGISTICS SARL and NOVOSTEEL SA,

           Defendants.

------------------------------------------------------------X

08 Civ.

**FRCP 7.1**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Five Ocean Corporation has no parent corporation and no publicly traded company in the United States owns 10% or more of its stock.

Dated: New York, New York
       May 7, 2008

                      NOURSE & BOWLES, LLP
                      Attorneys for Plaintiff

                      By: _____
                      Armand M. Paré, Jr. (AP-8575)
                      One Exchange Plaza
                      At 55 Broadway
                      New York, New York 10006
                      (212) 952-6200