NOURSE & BOWLES, LLP
Attorneys for Plaintiff
FIVE OCEAN CORPORATION
One Exchange Plaza
At 55 Broadway
New York, NY 10006-3030
(212) 952-6200

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/9/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FIVE OCEAN CORPORATION,

              Plaintiff,

    - against -

NOVOLOGISTICS SARL and NOVOSTEEL SA,

              Defendants.

------------------------------------------------------------X

08 Civ. 4312(CM)

**VOLUNTARY DISMISSAL AND ORDER VACATING AND RELEASING OF ATTACHMENTS**

      WHEREAS Plaintiff, FIVE OCEAN CORPORATION filed its complaint on or about May 7, 2008 seeking process of maritime attachment and garnishment to obtain security for claims in arbitration in London; and

      WHEREAS funds have been seized pursuant to said process at Bank of America, The Bank of New York Mellon, and Citibank, in the approximate amounts of $656,628.97, $14,670, and $4,000, respectively; and

      WHEREAS Plaintiff has agreed to accept alternative security for the London arbitration by Bank Guarantee; and

      WHEREAS Defendant has not appeared or moved in this action;

NOW, PLAINTIFF, FIVE OCEAN CORPORATION, hereby voluntarily dismisses the complaint without prejudice and without costs and seeks an order vacating the order of attachment and releasing any and all attachments in this case.

Dated: New York, New York
June 3, 2008

                              NOURSE & BOWLES, LLP
                              Attorneys for Plaintiff
                              FIVE OCEAN CORPORATION

By: _____
                              Armand M. Paré, Jr. (AP 8575)
                              Lawrence J. Bowles (LB 5950)
                              One Exchange Plaza
                              At 55 Broadway
                              New York, NY 10006-3030
                              (212) 952-6200

SO ORDERED:

_____
Hon. Colleen McMahon
U.S.D.J.

6-4-08